# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PAULETTE PERRY,<br><br>        Petitioner,<br><br>   v.<br><br>DWIGHT NEVEN, et al.,<br><br>        Respondents. | Case No. 2:18-cv-01573-RFB-VCF<br><br>**ORDER** |

On Aprils 25, 2019, the court appointed Sandra Gillies to represent petitioner. Good cause appearing;

IT THEREFORE IS ORDERED that petitioner shall have sixty (60) days from the date of entry of this order to file an amended petition for a writ of habeas corpus.

DATED: April 30, 2019.

                                                             _____
                                                           RICHARD F. BOULWARE, II
                                                           United States District Judge