Sandra Gillies
Attorney at Law
California State Bar No. 88665
P.O. Box 1515
Woodland, CA 95776
Phone/Fax 530-666-1908
sandra-gillies@outlook.com
Attorney for Paulette Perry

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

PAULETTE WALKER PERRY,            )
                                  )   No. 2:18-cv-01573 RFB VCF
              Petitioner,)
    v.                            )
                                  )   REQUEST FOR AN ORDER EXCUSING
DWIGHT NEVEN,                     )   DEFAULT AND FOR AN EXTENSION OF
                                      TIME TO OPPOSE MOTION TO DISMISS
              Respondent.)            PROPOSED ORDER
_____)

    Petitioner Paulette Perry, through counsel, respectfully requests this Court excuse her default and grant an extension of time, up to and including January 2, 2023, to file her opposition to respondent's motion to dismiss.

DECLARATION OF SANDRA GILLIES

    I, Sandra Gillies, declare:

    1.  I am the lawyer appointed to represent Paulette Perry in this habeas proceeding.  I am admitted to this Court pro hac vice.

    2. On October 24, respondent Dwight Neven filed a motion to dismiss Ms. Perry's amended petition for a writ of habeas corpus. I failed to calendar the date to file my opposition due to workload issues.

1

3. Around the time respondent filed the motion, I received transcripts in some of my state appeals, including approximately a thousand pages I had requested in order to raise a *Baton* challenge to jury selection, along with a shorter record. Also during that time I was completing an 116 page brief in a California criminal appeal. I failed to calendar the time for responding to the motion to dismiss because of the confluence of these things.

4. As I was cleaning out my inbox yesterday, I pulled out the motion to dismiss and realized I missed the time for opposing.

5. Since respondent filed his motion to dismiss, I have filed one opening brief in a misdemeanor appeal; three supplemental briefs and two reply brief in different felony cases; two petitions for rehearing and a petition for review in felony cases; and prepared for and argued a felony appeal.

Executed under penalty of perjury this 22nd day of November 2022 at Woodland, California.

/s/ Sandra Gillies

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

PAULETTE WALKER PERRY,
          Petitioner,
  v.
DWIGHT NEVEN,
          Respondent.

No. 2:18-cv-01573 RFB VCF

PROPOSED ORDER

PROPOSED ORDER

Good cause appearing, counsel's default is excused and the date for filing the opposition to the motion to dismiss is extended to January 2, 2023.

IT IS SO ORDERED.

DATED: 11/23/2022

_____
RICHARD E. BOULWARE, II
United States District Court

CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2022, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, District of Nevada by using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system and include: Jessica Perlick.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing by First-Class Mail, postage pre-paid, or have dispatched it to a third party commercial carrier for delivery within three calendar days, to the following non-CM/ECF participants:

Paulette Perry
76484
Florence McClure Correctional Center
4370 Smiley Road
Las Vegas, Nevada 89115-1808

/s/ Sandra Gillies