# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PAULETTE WALKER PERRY, | Case No. 2:18-cv-01573-RFB-VCF |
| Petitioner, | |
| v. | **ORDER** |
| DWIGHT NEVEN, et al., | |
| Respondents. | |

Good cause appearing, **IT IS HEREBY ORDERED** that Petitioner Paulette Walker Perry's unopposed motion for extension of time to file an opposition to the motion to dismiss the amended petition for writ of habeas corpus **(ECF No. 44) is GRANTED**. Perry has until February 1, 2023, to file an opposition to the motion to dismiss the amended petition.

DATED this 3rd day of January, 2023.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE